# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

April 16, 2025

**VIA ECF**

**Re:**  Daniels v. Lee, 23-cv-5654; Dickinson v. Dinello, et al., 23-cv-5657; Dockery v. Lee, et al., 23-cv-5658; Gradia v. Dinello, et al., 23-cv-5660; Hernandez v. Mueller, et al., 23-cv-5661; Knight v. Lee, 23-cv-5662; Mathis v. Mueller, et al., 23-cv-5663; Pritchett v. Dinello, et al., 23-cv-5664; Rivera-Cruz v. Mueller, et al., 23-cv-5667; Stewart v. Lee, 23-cv-5668

Beriquete v. Martuscello, et al., 79-cv-5077

Dear Judge Preska:

The Court has requested in person conferences for the above-referenced cases on April 21, 2025. I write to request the Court either adjust the conferences to telephonic or adjourn them. I do apologize for the inconvenience, however, I am out of the country until late night on April 23, 2025 and my associate, Daena Reynolds is out on maternity leave until early August. I could attend conferences in person on April 24, 2025 or on April 26, 2025 until about 3pm (I am speaking at a university commencement in the evening). The following week, April 24, 2025 to May 2, 2025 I am on trial in Rochester, New York, however, I could appear on May 5, 2025.

Again, my apologies for the inconvenience. I appreciate the Court's consideration of this request.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

```
The conference scheduled for 12 PM on April 21,
2025 in 23-cv-5654 and the related cases, and
the conference scheduled for 2 PM on April 21,
2025 in 79-cv-5077, are hereby adjourned.  The
Court will provide rescheduled dates in May for
both conferences in the coming days.  The Clerk
of the Court shall docket this order in each of
the cases listed above.
SO ORDERED.

Dated: April 16, 2025
```

*New York Office*
24 Fifth Avenue, Suite 1701
New York, NY 10011

(973) 600-1724

aj@ajagnew.com

*New Jersey Office*
36 Page Hill Road
Far Hills, NJ 07931

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.